UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID Q. WEBB,<br><br>              Plaintiff,<br><br>  v.<br><br>ENTERPRISE HOLDINGS LLC, et al.,<br><br>              Defendants. | CASE NO. 3:22-cv-05406-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 12. Judge Fricke recommends the Court deny Plaintiff David Q. Webb's Motion for Leave to Proceed *in forma pauperis*, Dkt. 1, because he failed to state a claim. Dkt. 12. After Judge Fricke issued the R&R, Webb moved to appeal *in forma pauperis*. Dkt. 14.

A party to a district court action who desires to appeal *in forma pauperis* must file a motion in the district court. Fed. R. App. P. 24(a)(1). An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith. 28 U.S.C. § 1915(a)(3). "We consider a defendant's good faith in this type of case demonstrated when he seeks appellate review of any issue not frivolous." *Coppedge v.*

ORDER - 1

*United States*, 369 U.S. 438, 445 (1962). The determination whether a party can proceed *in forma pauperis* is a "matter within the discretion of the trial court." *Weller v. Dickinson*, 314 F.2d 598, 600 (9th Cir. 1963).

The Court agrees with the R&R that Webb failed to state a claim. It therefore adopts the R&R. The Court also concludes that because Webb has failed to state a plausible claim, an appeal would be frivolous. Both of Webb's motions are therefore DENIED.

The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's application to proceed *in forma pauperis*, Dkt. 1, is **DENIED**, and Plaintiff is directed to pay the $402.00 filing fee within thirty (30) days of this Order;

(3) Plaintiff's Motion for Leave to Appeal *in forma pauperis*, Dkt. 14, is also **DENIED**; and

(4) The Clerk is directed to send copies of this Order to Plaintiff.

Dated this 11th day of August, 2022.

BENJAMIN H. SETTLE
United States District Judge